United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-00508 |
| JOHN DOE, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice. Doc. #7. In accordance with Plaintiff's Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that Plaintiff's claims against Defendant Micro Focus LLC are DISMISSED without prejudice.

It is so ORDERED.

5/9/23
Date

The Honorable Alfred H. Bennett
United States District Judge